# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced May 27, 2011

10-0376        IN RE  DEEPWATER HORIZON INCIDENT LITIGATION

The motion for assignment of a pretrial judge filed by BP Exploration & Production, Inc. is denied.  The order staying trial court proceedings, issued by this panel on February 8, 2011, is lifted and set aside.